UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA/TORRES

**UNITED STATES OF AMERICA,**

v.

**JONATHAN DAVID GRENON and
JORDAN PAUL GRENON,**

**Defendants.**
_____/

**GOVERNMENT'S SECOND RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this second response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10. This response applies to both of the above-captioned defendants (hereinafter, the "Defendants").

A. 5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the Defendants, have been provided to the Defendants by separate mailing to the extent practicable, but not filed with the Court. Other items, including additional items that may become available at a later date, may be inspected at a mutually convenient time by making arrangements with the undersigned Assistant United States Attorneys, who will facilitate such inspection with the United States Marshals Service.

The materials referenced in this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6. A laboratory analysis report regarding the substances seized in connection with this case, including substances labeled "Sacramental Cleansing Powder" and "Sacramental Cleansing Water," has been provided to the Defendants by separate mailing.

1

  B.  DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1 and 2 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

  The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

  All discovery materials referenced in this response have been provided to the Defendants by separate mailing. These discovery materials have been numbered GOV01-110990 through GOV01-117595, and SWGR-00000001 through SWGR-00702566.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        ACTING UNITED STATES ATTORNEY

  BY:  <u>*/s/ Michael B. Homer*</u>
      MICHAEL B. HOMER
      Assistant United States Attorney
      Court ID No. A5502497
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Telephone: 305-961-9289
      Michael.Homer@usdoj.gov

      JOHN C. SHIPLEY
      Senior Counsel
      Assistant United States Attorney
      FL Bar No. 0069670
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Telephone: 305-961-9111
      John.Shipley@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 10, 2021, I caused a true and correct copy of the foregoing, and the discovery materials referenced therein, to be delivered via Certified Mail to *pro se* defendants Jonathan David Grenon and Jordan Paul Grenon, at the Miami Federal Detention Center, Inmate Mail/Parcels, Post Office Box 019120, Miami, Florida 33101.

>                                  */s/ Michael B. Homer*
>                                  MICHAEL B. HOMER
>                                  Assistant United States Attorney