FEB 22 1994

A TRUE COPY OF THE RECORD ON FILE IN THE OFFICE OF VITAL RECORDS AND PUBLIC HEALTH STATISTICS, S.C. DEPT. OF HEALTH AND ENVIRONMENTAL CONTROL

*Murray B. Hudson*, DIRECTOR

**STATE OF SOUTH CAROLINA**
**DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL**
**CERTIFICATE OF LIVE BIRTH**

BIRTH NUMBER: 130-4 001286

| Field | Entry |
|---|---|
| 1. CHILD'S NAME (First, Middle, Last) | Jordan Paul Grenon |
| 2. DATE OF BIRTH | Jan 10, 94 |
| 3. TIME OF BIRTH | 10:08 PM |
| 4. SEX | M |
| 5. CITY, TOWN, OR LOCATION OF BIRTH | Lexington |
| 6. COUNTY OF BIRTH | Lexington |
| 7. PLACE OF BIRTH | ☑ Residence |
| 8. FACILITY NAME | 334 Andrew Corley Rd |
| 10. DATE SIGNED | 1-11-94 |
| 12. CERTIFIER'S NAME AND TITLE | Lisa Hines |
| (Other) | LIC MW SC |
| 13. ATTENDANT'S MAILING ADDRESS | 1 Coulter Dr, Wedgefield SC 29168 |
| 14. REGISTRAR'S SIGNATURE | Laurietta C. Buckley |
| 15. DATE FILED BY REGISTRAR | Jan. 19, 1994 |
| 16a. MOTHER'S NAME (First, Middle, Last) | Barbara Marie Grenon |
| 16b. MAIDEN SURNAME | Shirley |
| 17. DATE OF BIRTH | 7-21-56 |
| 18. BIRTHPLACE | Ma |
| 19a. RESIDENCE - STATE | SC |
| 19b. COUNTY | Lexington |
| 19c. CITY, TOWN, OR LOCATION | Lexington |
| 19d. STREET AND NUMBER | 334 Andrew Corley Rd |
| 19e. ZIP CODE | 29072 |
| 19f. INSIDE CITY LIMITS? | No ☑ |
| 21. FATHER'S NAME (First, Middle, Last) | Mark Scott Grenon |
| 22. DATE OF BIRTH | 8-9-57 |
| 23. BIRTHPLACE | Ma |
| 24. Signature of Parent or Other Informant | Barbara Marie Grenon |

9. I certify that this child was born alive at the place and time and on the date stated. Signature: *Lisa Hines*



**Conditional Acceptance for the Value/Agreement/Contract no.**
**ThemanjordanRF127714564US :copy-right/copy-claim:**

*amended 42 and 43 this supersedes prior document ~~BE~~ ThemanjordanRF127714364US*

of a contract made by an infant nullifies it and renders it void ab initio, and that the rights of the parties are to be determined as though the contract had not been made, the parties being restored to the status quo * * ... **In 27 Am. Jur. Infants, § 11, p. 753; ...43 C.J.S. Infants § 76 c, at page 183; In 43 C.J.S. Infants § 75 b, at p. 171; 43 C.J.S. Infants § 75f, p. 176, Executors and Administrators, § 189; In 43 C.J.S. Infants § 75, p. 176, 43 C.J.S., Infants, § 78, pp. 190, 192....**

42.    **i further attest, affirm, DECLARE, as well as certify that i have firsthand actual knowledge of all of the events described herein.** That the legal document, certificate of title, security instrument, known as the accusing indictment cases # 1:21-cr-20242, 1:20-cv-21601, 1:20-mj-03050, 8:20-mj-01657 and indicated above carries information referring to my name, as well as other credentials similar to my name. That name and all derivatives created from it are therefore my property. My given name and derivatives from it are my property, being used for profit by others. Be advised i am resigned as registered agent for the agency associated with this instrument/indictment and do so by sending proper notification of this resignation to Responsive Parties listed. That i hereby withdraw any and all permissions extended to any party now or at any time in the past to oversee or administer my properties, with reference to this instrument, my securities, and/or my interest, i am the true holder in due course of my property. i disaffirm any and all invalid or unverified contracts to the contrary. those presumed contracts are void ab initio.

43. i do hereby attest, declare, and affirm i am making this notice of estoppel and notice of constitutional challenge on the record, and into the record of Case# 1:21-cr-20242, 1:20-cv-21601, 1:20-mj-03050, 8:20-mj-01657. *As indicated on the enclosed certificate, with all given natural rights reserved, and born on earth a Natural man on January 10 ,1994 on the land of South Carolina and as indicated on the enclosed certificate of live birth* i have attained the age of majority, i am competent, and capable of handling my own affairs and require/request that this be reflected in all records associated thereto/hereto immediately! i; a man an American State National of the soil and land juris(Right Law) Diction(words- Language). i hereby of my own accord and in compliance with the Age of Majority Act and the associated local act[s] assume, commandeer, seize control of any and all accounts, assets,

1c