jordan paul of the House and lineage of grenon
A Son of The One True Creator
Ambassador to the Kingdom of Heaven
c/o 7115 N Division B-307
Spokane, Washington

FILED BY_____ D.C.

JUL 22 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Everything is Trust and there is nothing that is not trust
No Trust can Fail for want of a Trustee
The primary responsibility of the Trustee is to protect the Trust

For your Reference : case # 1:21-cr-20242, and 1:20-cv-21601 and 1:20-mj-03050

i jordan paul, a son of God from the house and lineage of those known as grenon, come to you as a friend of the court, not as surety or as an enemy of the state, nor do i have any friends or allies who are enemies of the state. i am here to recognize the Trust and Trustee.
i repent for all my sins against the trust, please forgive me. i surrender the legal person into the custody of the Trustee.

After the birth of jordan paul of grenon, on or around the day of my Lord January 10, in the year 1994 my Mom applied for a birth certificate for licenses so as to do business in commerce. Shortly thereafter the JORDAN PAUL GRENON Trust was created and Trustees were appointed.

I, jordan paul, son of God, declare i am Beneficiary and not surety of the said commercial trust. Therefore, i recognize UNITED STATES DISTRICT COURT Southern District of Florida as Trustee for JORDAN PAUL GRENON.

As a friend of the court, and the Beneficiary of the Trust, i join with the Trustee to protect and defend the Trust from all attacks by pirates and privateers both foreign and domestic and encourage said court to perform duties of Trustee and protect and defend the Trust from unauthorized claims.

i kindly ask the Trustee to investigate the validity of claimant's action against the Trust and if claimant is found to have standing, and the claim to have merit, then please pay the debt of the Trust out of the proceeds of the Trust.

In addition, this attack on the Trust has caused me great harm and i have suffered emotional angst, loss of sleep, financial hardship and great stress, and have been falsely imprisoned, falsely arrested; my property has been stolen, i am humbly petitioning the Trustee for financial recoupment and other remedy at the discretion of the Trustee so that i may be made whole.

Thank you so much for all that you do, i appreciate you upholding your trusteeship.
If you need anything further please do not hesitate to contact me.
Thank you,

all rights retained, without prejudice
beneficiary jordan paul

by: jordan . paul, beneficiary
authorized agent
(by POA)

pg 1 of 2

# STATE OF SOUTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# BIRTH CERTIFICATION

139-1994-001286

*JORDAN PAUL GRENON*

**DATE OF BIRTH:** JANUARY 10, 1994

**TIME OF BIRTH:** 10:08 PM

**SEX:** MALE

**CITY OF BIRTH:** LEXINGTON

**COUNTY OF BIRTH:** LEXINGTON

### MOTHER

BARBARA MARIE SHIRLEY

**DATE OF BIRTH/AGE:** JULY 21, 1956

**PLACE OF BIRTH:** MASSACHUSETTS

### FATHER

MARK SCOTT GRENON

**DATE OF BIRTH/AGE:** AUGUST 09, 1957

**PLACE OF BIRTH:** MASSACHUSETTS

**DATE REGISTERED:** JANUARY 19, 1994

**DATE ISSUED:** MAY 03, 2022

SC10565051

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

Edward D. Simmer, MD, MPH, DFAPA
Acting Director and State Registrar

Caleb N. Cox
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 02/18/2021

dhec

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

pg 2 of 2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

# PRIORITY MAIL EXPRESS®

**UNITED STATES POSTAL SERVICE®**

EI 350 080 132 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (    )

Grenon
407115 N Division
B-307
Spokane Washington
[99208]

U.S.M.S.
INSPECTED

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE (    )

UNITED STATES
DISTRICT COURT SOUTHERN DISTRICT
OF FLORIDA
400 North Miami Avenue 8N09
Miami Florida 33128

**PAYMENT BY ACCOUNT** (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 99005
Scheduled Delivery Date: 07/21/22 INSPECTED
Postage: $26.95

Date Accepted: 07/20/22
Time Accepted: 1:34 ☒ PM

Flat Rate
Weight: lbs. oz.

**DELIVERY (POSTAL SERVICE USE ONLY)**

Total Postage & Fees: $26.95



LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

OD: 12.5 x 9.5