**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

FILED BY___MC___D.C.

SEP 23 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

Plaintiff,                          CASE NO.: 21-20242-CR-ALTONAGA

v.

JORDAN PAUL GRENON

Defendant

## DEFENDANTS MOTION FOR RECONSIDERATION AND REHEARING ON THE DEFENDANT'S MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT FOR FAILURE TO PROVIDE DISCOVERY

DEFENDANT, JORDAN PAUL GRENON respectfully moves the Court to reconsider its denial of his Motion to Dismiss on the grounds that this Court overlooked the fact that the Prosecution has failed to provide evidence in its possession as it ordered them to provide. That the Court denied the motion dismiss relying on the response by the prosecution that the time had not run, but both the Court and the Prosecution totally ignored the Defendant's motion to dismiss for the Prosecutions intentional concealment of exculpatory evidence. The Prosecution was ordered to turn over all exculpatory evidence. The Prosecution received by certified mail exculpatory evidence. The Prosecution did not share the exculpatory evidence. The Defendant included that proof of service in their motion and the Motion was ignored by the Prosecution. The Prosecution then misled this court by only responding to the issue of time, and concealed from the court that the Prosecution did not provide to the Defendant, who is incarcerated, with the exculpatory evidence.

the above-entitled cause on the grounds that this case has been pending for years and I have not received a speedy trial.



1. Defendant made his first appearance in SEPTEMBER 2020, and it is NOW SEPTEMBER OF 2022. He has been incarcerated, without bail, without a hearing, without appearing by zoom, without a trial. He never stipulated to any delays due to covid or any other reason.

2. The Defendant admits that on September 4th, 2020 , the Defendant made his initial appearance. That means that from September 2020 to September 2022, when the court saw the Defendant in person, the court did not order an evaluation, did not question the Defendant about the soundness of his mind, and did not obtain any sort of consent from the Defendant for a delay after incarcerating him for more than a year without bail, without bond, and without offering him home confinement.

3. I am informed, believe, and thereon allege that the People are in possession of videos, books and records which show the substance for which I am accused of possessing is in fact, a cure for many illnesses, and the information in their possession shows that the material would save others lives.

4. The concealment of that information they possess deprives me of the affirmative defense of defense of others.

5. The information they possess shows that the substances are not dangerous, and the pharmacy companies have suppressed patents to prevent this medical cure from being distributed, and that information would be and is a material affirmative defense.

6. That the Prosecutor, in addition to concealing material evidence, has continued to keep me incarcerated by different motions and means, depriving me of a speedy trial, and the most recent tactic is the use of a psychiatric evaluation without any cause or evidence that



I am now suddenly in need of such an evaluation after being in their custody for more than a year.

7. Studies exist which are exculpatory and the Defendant has learned that the prosecution was provided that information from an amicus group who believes in the safety and effectiveness of the substances which the Defendant is being charged with possessing.

8. That information could have, and should have been shared since the People were ORDERED by this Court to share ALL exculpatory evidence.

9. The attached shows that the information was provided by CERTIFIED MAIL, RETURN RECEIPT to the People, and they did NOT share the same with the Defendant.

10. As a result, the Defendant is entitled to an immediate dismissal of this action.

## POINT ONE

**THE COURT NEEDS TO RECONSIDER AND REHEAR THE DEFENDANT'S MOTION TO DISMISS ON THE GROUNDS THAT THE PROSECUTION (AND THE COURT) DID NOT ADDRESS THE SIMPLE FACT THAT THEY CONCEALED EVIDENCE IN THEIR POSSESSION, DID NOT SURRENDER IT ACCORDING TO THE ORDERS OF THIS COURT, AND THE CASE SHOULD BE DISMISSED FOR PROSECUTORIAL MISCONDUCT.**

11. As alleged in my motion and not contradicted by the Prosecution, the Prosecution has concealed material evidence in the case which could be exculpatory and vital to my defense.

12. Because the Prosecution failed to address the grounds, failed to deny concealing the evidence, the Court must presume the motion is true and has merit.



13. While the Defendant was incarcerated, his case became a matter of public interest and concern to individuals who believe that the arrest was wrongful, and in their efforts to aid in his defense, sent exculpatory information and studies to the Prosecution, with the understanding that the information would be shared with the Defendant who was incarcerated and clearly sheltered from the world.  This belief of these organizations that the prosecution would share the exculpatory information was also done in reliance on the order of this Court compelling the prosecution to share all potentially exculpatory information.

14. The Prosecution, however, was in possession of this evidence related to the charges and the case name and number, and did NOT share the information it received. That as a result of their failure to share the information and their failure to defend against these serious charges made in the Defendants motion dictate the need for an immediate dismissal.

### *Imposition of Sanction of Dismissal*

The federal district courts of this nation possess the inherent power to regulate litigation and to sanction litigants for abusive practices. *Telectron, Inc. v. Overhead Door Corp.*, 116 F.R.D. 107, 126 (S.D.Fla.1987); *see also Aoude v. Mobil Oil Corporation*, 892 F.2d 1115, 1118 (1st Cir.1989) (District Court possesses the inherent power to deny court's processes to one "who defiles the judicial system by committing a fraud on the court"); *Sun World, Inc. v. Lizarazu Olivarria*, 144 F.R.D. 384, 389 (E.D.Cal.1992) (district court has inherent power to impose sanction of dismissal or default judgment). The power of any court to manage its own affairs, which necessarily includes the authority to impose reasonable and appropriate sanctions on the parties to litigation before it, is deeply rooted in the common law tradition. *Malautea v. Suzuki Motor Co., Ltd.*, 987 F.2d 1536, 1545-6 6 (11th Cir.1993), *cert. den.*, ___ U.S. ___, 114 S.Ct. 181, 126 L.Ed.2d 140 (1993).[13]
Dismissal is appropriate where:
a party has sentiently set in motion some unconscionable scheme calculated to interfere with the judicial system's ability impartially to adjudicate a matter by improperly influencing the trier or unfairly hampering the presentation of the opposing party's claim or defense.



15. Here, the Prosecution was ORDERED BY THIS COURT to share exculpatory evidence.

16. The evidence they had in their possession was not in the possession of the Defendant and the Defendant has yet to see the information.

17. Instead, the Defendant was told that the information was exculpatory and was shared with the prosecution and that it would be shared with him in turn.

18. That information was concealed by the Prosecution. That information was not shared.

19. That information was and is exculpatory and vital to the Defendant's defense.

20. That the concealment of that information from the Defendant is in contempt of this Court, and a violation of the due process and equal protection rights of the Defendant.

21. The People have concealed that information in order to obtain an advantage at trial.

22. I am informed, believe, and thereon allege that the People are in possession of videos, books and records which show the substance for which I am accused of possessing is in fact, a cure for many illnesses, and the information in their possession shows that the material would save others lives.

23. The concealment of that information they possess deprives me of the affirmative defense of defense of others.

24. The information they possess shows that the substances are not dangerous, and the pharmacy companies have suppressed patents to prevent this medical cure from being distributed, and that information would be and is a material affirmative defense.



25. That the Prosecutor, in addition to concealing material evidence, has continued to keep me incarcerated by different motions and means, depriving me of a speedy trial, and the most recent tactic is the use of a psychiatric evaluation without any cause or evidence that

26. Clearly, the Prosecutorial misconduct is exacerbated by the fact that they are intending to cause severe emotional distress by placing me in an institution with dangerous psychotic individuals and subjecting me to unnecessary medical treatment, drugs, and testing solely to delay my right to a speedy trial and to prevent me from having a fair trial.

27. Studies exist which are exculpatory and the Defendant has learned that the prosecution was provided that information from an amicus group who believes in the safety and effectiveness of the substances which the Defendant is being charged with possessing.

28. That information could have, and should have been shared since the People were ORDERED by this Court to share ALL exculpatory evidence.

29. The attached shows that the information was provided by CERTIFIED MAIL, RETURN RECEIPT to the People, and they did NOT share the same with the Defendant.

30. "The Hyde Amendment is "targeted at prosecutorial misconduct, not prosecutorial mistake." *Id.* at 1304. Therefore, to succeed in obtaining an award for fees and expenses under the Hyde Amendment, "[a] defendant must "show that the government's position underlying the prosecution amounts to prosecutorial misconduct." *Gilbert, 198 F.3d at 1299.*" Here, we have a prosecutor who not only deprived the Defendant of a speedy trial, deprived him of bail, deprived him of bond, held him in custody for two years; but now has intentionally concealed from the Defendant exculpatory evidence and refused to justify the same.

31. As a result, the Defendant is entitled to an immediate dismissal of this action.



6

## CONCLUSION

Because of the continued abuse of processes by the prosecutor by concealing exculpatory

evidence this Court to immediately dismiss this complaint and order the immediate

release of the Defendant.

Respectfully submitted this 20TH DAY OF SEPTEMBER, 2022.

Signed reserving all my rights, without prejudice, and demanding a speedy trial and

release:              *jordan-paul:grenon*

BY: grenon, jordan-paul, WITHOUT UNITED STATES – FOR NAMED DEFENDANT

DBA JORDAN PAUL GRENON



# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was sent to the following people in the

specified manner on the 20TH DAY OF SEPTEMBER, 2022

Prosecutor ___ Delivered or Certified Mail 7018 3090 0002 3302 3724

Michael Homer

John Shipley Jr. 99 NE 4th St, Miami, FL 33132

Clerk of the Court Delivered or certified mail    EJ 878763016 US

Angela E. Noble

400 N. Miami Ave., Miami, FL 33128

Signed reserving all my rights, without prejudice, and demanding a speedy trial and

release:                                *jordan-paul:grenon*

BY: grenon,jordan-paul, WITHOUT UNITED STATES – FOR NAMED DEFENDANT

DBA JORDAN PAUL GRENON

Health and healing one step at a time SSM
a Private Member Association
980 Rogers Lake Road
Suite B
Kila Montana [59920]

Prosecuting attorneys
MICHAEL B. HOMER
Assistant United States Attorney
Court ID No. A5502497
99 Northeast 4th Street
Miami, Florida 33132-2111
and John Shipley Jr.
99 NE 4th st
Miami, Florida 33132

regarding case number 21-20242-CR-ALTONAGA

Greetings Prosecuting attorney Michael Homer and Prosecuting attorney John Shipley jr,

i believe you are attempting to prosecute individuals who believe in the validity of these studies and are concerned that the public health is at great risk because the big pharmaceutical companies are concealing how life-saving this product is. It clearly is a valid argument that the possession, distribution or use of this product is intended not to cause harm, but to save lives. You are aiding and abetting the concealment of a cure for many diseases.

men and women from our group have some information that we felt should be brought to your attention;

enclosed is an 80 page book called:

"The Universal Antidote/The Science and Story of Chlorine Dioxide"

and included is a study on "Alcide UDDERgold Platinum" 10 pages
By Health Products Regulatory Authority

Our men and women investigate cures that are being kept from mankind by Big Pharmacy;

Our goal is to bring about health and healing for mankind one step at a time;      august 17-2022

All Rights reserved, without prejudice
Sincerely,   by: *[signature]*

10



**Money-back Guarantee:** If the mailer submits an item at a designated USPS® Priority Mail Express® acceptance location on or before the specified deposit time, the Postal Service will deliver or attempt delivery to the addressee on or before the applicable delivery date and time. Mailer may request the addressee's signature from the addressee upon delivery of the item by checking the "signature required" box at the time of mailing. If the Postal Service does not deliver or attempt delivery by the specified time and the mailer files a valid claim for a refund, the Postal Service will refund the postage, unless an exception applies. See *Mailing Standards of the United States Postal Service, Domestic Mail Manual* (DMM®) 604.9.5.5 which is available at pe.usps.com.

*Note:* The Postal Service does not offer money-back guarantee for military or DPO shipments delayed due to customs inspections or for item was destined for an APO/FPO/DPO that was closed on the intended day of delivery or the delay was caused by one of the situations in DMM 604.9.5.5. Consult USPS.com or your local Post Office for information on delivery commitments and Priority Mail Express Military Service (PMEMS). For details, see DMM 703.2.0, which is available at pe.usps.com.

When a mailer submits a Priority Mail Express item requiring a signature and the Postal Service cannot deliver the item on the first attempt, the Postal Service leaves a notice for the addressee. If the addressee does not claim the item within 5 calendar days, the Postal Service returns the item to the sender at no additional charge.

**Insurance coverage:** The Postal Service provides insurance only in accordance with postal regulations in the DMM, which is available at pe.usps.com. The DMM sets forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. Certain items are not insurable. The DMM contains all federal regulations, and USPS personnel are not authorized to change or waive these regulations or grant exceptions. A mailer who requires information on Priority Mail Express insurance may contact the Postal Service before submitting an item. Limitations prescribed in the DMM provide, in part, that:

1. Insurance coverage extends to the actual value of the contents at the time of mailing or the cost of repairs, not to exceed the insured limit for the item.

2. The Postal Service insures the contents of Priority Mail Express "merchandise" items (with "merchandise" defined by postal regulations) against loss, damage, or missing contents. The Postal Service includes coverage up to $100 per mailpiece at no additional charge. Additional merchandise insurance coverage up to $5,000 per mailpiece may be available for purchase. Additional insurance for Priority Mail Express items is not available unless a signature is required.

3. The Postal Service insures "nonn___ regulations) against loss, damage reconstruction, subject to addition catastrophic occurrence. Docume reasonable costs incurred in reco Document reconstruction insuran mailer should not attempt to purc document insurance is void.

4. The Postal Service insures "nego be converted to cash without forg

5. The Postal Service does not prov or delay of Priority Mail Express and articles improperly packaged *Coverage, terms, and limitations ar* coverage, consult the DMM, which

**Indemnity Claims (Loss, Damage** may file an indemnity claim for loss claim online at usps.com, or by ma *Customer Reference Guide.* The ti than 7 days but no later than 60 da contents – immediately but no late USPS retail receipt or eReceiptfel damage or missing contents, also r inspection when requested.

**Refund of Postage and Fees (Se** (PME) item does not meet the sch customers may submit a refund re refund request either online at *US* be submitted no sooner than 2 day Services fees refund requests mus from the date of mailing. Each trac Refund requests for PME or PME

*Thank you for choosing Priority M*

Tracking: For USPS Tracking, S



LABEL 11-B  MAY 2021   PSN 7690-03-000-9996

Dear Barb, Mark, Jordan, Jonathan, and Joseph,
in care of Barb

Health and Healing one step at a time SSM would like to inform you that the men and women
her at this PMA are behind you and would like to send donations and support in any way
possible;
we would like to thank you for helping us to fix thousands of men and women with your share
of the Miracle Chlorine Dioxide;
we have sent all of this research USPS # EI 073 040 442 US to the Prosecuting attorneys in
hopes that they can see the mistake that they are making with prosecuting men for trying to
help save peoples lives;
We sent The book: The Universal Antidote/The Science and Story of Chlorine Dioxide
sent links to all of the videos for the PA   to watch
sent the study on Alcide uddergold platinum and it states "the safety of the product for humans and the
environment is acceptable"

Blessings anthony



PRESS FIRMLY TO SEAL

PRIORITY
MAIL
EXPRESS®

UNITED STATES POSTAL SERVICE
United States Postal Service®
Label 119, Nov 2018

VISIT US AT USPS.COM®
Label 119, Nov 2018

1007

UNITED STATES POSTAL SERVICE®

PRIORITY
MAIL
EXPRESS®

EJ 878

This product is for use with Priority Mail Express®. Misuse may be a violation of federal law. This label is not for resale.

PRIORITY®
MAIL
EXPRESS

This envelope is made from post-consumer waste. Please recycle – again.

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (     )
mark grenon
in care of
7115 N Division B-307
spokane washington
[99208]

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
    *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (     )
Clerk of Court
angela E Noble
400 N Miami Ave
miami Florida 33128

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

U.S.N.S.
INSPECTED
BY

AND INTERNATIONAL MAILING LABEL HERE

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 99208    ☐ 1-Day  ☑ 2-Day
Scheduled Delivery (MM/DD/YY): 9-2
Date Accepted (MM/DD/YY): 9-21-22    Scheduled Delivery: ☑ 4:00 PM
Time Accepted: 4:35 ☐ AM ☑ PM
Special Handling/Fragile: $    Sunday/Holiday Prem: $
Weight: 1 lbs 24 ozs  ☐ Flat Rate    Acceptance Employee

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY): Time: ☐ AM ☐ PM
Delivery Attempt (MM/DD/YY): Time: ☐ AM ☐ PM
LABEL 11-B, MAY 2021    PSN 7690-02-00

P S 10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete det
+ Money Back Guarantee for U.S. destinations only.    × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the ma