UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**JORDAN PAUL GRENON**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant, Jordan Paul Grenon's *pro se* Motion to Dismiss for Failure to Provide a Speedy Trial and Prosecutorial Misconduct [ECF No. 132]. Local Rule 7.7 of the United States District Court for the Southern District of Florida provides:

> Unless invited or directed by the presiding Judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments . . . .

*Id.* (alteration added). Defendant has counsel. Defendant's Motion **[ECF No. 132]** is therefore **DENIED**, and he is directed to contact his attorney of record.

**DONE AND ORDERED** in Miami, Florida, this 28th day of October, 2022.

                                                    _____
                                                    **CECILIA M. ALTONAGA**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record