UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242 -CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**MARK SCOTT GRENON**, *et al.*,

    Defendants.
_____/

### ORDER CONTINUING TRIAL

**THIS MATTER** came before the Court at a status conference held on November 4, 2022. Defendants, Jonathan David Grenon and Jordan Paul Grenon, were present in court; the former with his standby Federal Defender and the latter with his court-appointed counsel. Defendants, Mark Scott Grenon and Joseph Timothy Grenon, are awaiting transfer back to the Federal Detention Center-Miami; nevertheless, all Defendants had counsel or standby counsel present.

The Court queried Jonathan Grenon and Jordan Grenon regarding the status of their representation by appointed counsel. Jonathan Grenon continues to ask for more time to gather funds necessary to hire counsel and discharge his standby Federal Defender, and Jordan Grenon's request to have new counsel appointed was denied. The Court finds Jonathan and Jordan Grenon will not be ready to proceed to trial as presently scheduled; nor will Mark and Joseph Grenon, who have requested in writing that counsel be appointed but have not returned to this jurisdiction to be questioned under oath regarding their requests.

Therefore, it is

**ORDERED** that the interests of justice are served by a continuance of the trial, which outweighs any interest of the public or the Defendants in a speedy trial. As a result, the period of

CASE NO. 21-20242-CR-ALTONAGA

delay resulting from this continuance – *i.e.*, from today's date, November 4, 2022, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. The parties shall adhere to the following pre-trial and trial schedule:

1. All pre-trial motions and motions *in limine* must be filed by **May 5, 2023**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion. Motions *in limine* may exceed the page limits allowed by the Rules.

2. The deadline for the tendering of guilty pleas is **June 23, 2023**. *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

3. Calendar call will be held on **Tuesday, June 27, 2023 at 9:00 a.m.** The case is set for **Jury Trial** during the two-week trial period that begins **July 3, 2023**.

4. A status conference will be held on **Tuesday, January 3, 2023 at 9:00 a.m.**

**DONE AND ORDERED** in Miami, Florida, this 4th day of November, 2022.

                                             _____
                                             **CECILIA M. ALTONAGA**
                                             **CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record