TRULINCS 73682018 - GRENON, JORDAN PAUL - Unit: MIM-C-W

---

FROM: 73682018
TO: Grenon, Mom
SUBJECT: MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
DATE: 10/19/2023 06:22:12 PM

UNITED STATES DISTRIC COURT
FOR THE SOUTHERN DISTRIC COURT

FILED BY __MC__ D.C.
OCT 23 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES
OF AMERICA,
    Plaintiff,

v.

    JORDAN GRENON
    Defendant,

CASE No. 21-CR-20242-ALTONAGA

MOTION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS

Defendant, JORDAN GRENON "Defendant", pursuant to 28 U.S.C. Section 1915 and Rule 24, Federal Rule of Appellate procedure, moves for leave to Proceed in Forma Pauperis with his appeal to the United States Court of Appeals For the Eleventh Circuit of judgement and sentences entered by this Honorable Court. In accordance with Rule 24 (a)(1)(A)-(C), Defendant has attached to this motion an affidavit consistent with Form 4 of the appendix of forms, Federal Rules of Appellate Procedure ("Financial Affidavit"). See Affidavit Accompanying Motion For Permission to Appeal in Forma Pauperis, Defendant, in the Financial Affidavit, declares: (1) Defendant's inability to pay or give security for fees and costs; (2) Defendant claims entitlement to redress of appeal to the UNITED STATES court of appeals for the Eleventh Circuit, and (3) the Issues Defendant will raise in his appeal for the judgements and sentences entered by this Honorable Court as to the counts I, II, and III, including, but not limited to whether the judgements for counts II and III violate Defendant's due process rights, whether the judgements for counts II and III are void as Defendant was denied notice and opportunity to be heard as to counts II and III, whether points for victim losses were properly added to Defendant's sentencing guidelines, whether Defendant's sentences for counts I, II, and III were based and guided by sentencing guideline ranges and points improperly inflated by the addition of the points for nonexistent unproven victim losses and other improperly considered enhancements to the sentencing guidelines.

/s/ JORDAN GRENON

CERTIFICATE OF SERVICE

I, JORDAN GRENON, hereby state a true and correct copy of this motion was served on:
Michael Homer, U.S. Atty. S.D FLA.
99 NE 4th St. Miami, FL 33132
&
Clerk of Court, U.S. Dist. Ct. S.D. FLA
400 N. Miami Ave, Miami, FL 33128

on this 19 day of October 2023

/s/ JORDAN GRENON

Motion 1

Jordan Paul G.
# 73682-018
Miami, FPC
P.O. Box 019120
Miami, FL
33101

7011 3500 0001 4666 7687

USMS INSPECTED
By _____

Clerk of Court, U.S. Dist. Ct. S.D.
400 N. Miami Ave.
Miami, Florida
33128